# Supreme Court of Kentucky

2023-SC-0418-T

COMMONWEALTH OF KENTUCKY, EX REL. ATTORNEY GENERAL DANIEL CAMERON                    MOVANT

|  | ON MOTION TO TRANSFER |
| --- | --- |
| | COURT OF APPEALS NO. 2023-CA-1025 |
| V. | FRANKLIN CIRCUIT COURT NO. 23-CI-00343 |
| | HONORABLE THOMAS D. WINGATE, JUDGE |

KENTUCKY EDUCATION ASSOCIATION; DOUG BECHANAN, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE NICHOLAS COUNTY SCHOOLS; JAMIE LINK, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE EDUCATION AND LABOR CABINET; AND NICHOLAS COUNTY EDUCATION ASSOCIATION                    RESPONDENTS

## ORDER DENYING MOTION TO TRANSFER

The Motion to Transfer the above-styled appeal from the Court of Appeals of Kentucky to the Supreme Court of Kentucky is hereby denied.

All sitting. VanMeter, C.J.; Bisig, Lambert, Nickell, and Thompson, JJ., concur. Conley and Keller, JJ., would grant transfer.

ENTERED: December 14, 2023.

_____
CHIEF JUSTICE